UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 220 COSTER, LLC and B&M LINEN CORP. d/b/a MIRON & SONS LINEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:14-cv-07027-AJN<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, 220 Coster LLC ("Coster") and B&M Linen Corp. ("B&M"), by their undersigned counsel, certify as follows:

1. No parent corporation owns Coster and no publicly held corporation owns 10% or more of Coster's stock.

2. No parent corporation owns B&M and no publicly held corporation owns 10% or more of B&M's stock.

Dated: November 5, 2014

            By: /s/ Peter A. Halprin
               Finley T. Harckham, Esq.
               Peter A. Halprin, Esq.
               Bruce E. Strong, Esq.
               ANDERSON KILL P.C.
               1251 Avenue of the Americas
               New York, NY 10020
               Telephone: 212-278-1000

               *Attorneys for Plaintiffs*