UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 220 COSTER, LLC and B&M LINEN CORP. d/b/a MIRON & SONS LINEN,<br><br>       Plaintiffs,<br><br>    vs.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>       Defendant. | Case No. 1:14-cv-07027-AJN<br><br>**NOTICE OF APPEARNCE** |

To The Clerk of the District Court:

  Kindly enter my appearance as counsel in this case for Plaintiffs 220 Coster LLC and B&M Linen Corp.

  I certify that I am admitted to practice in this court.

November 5, 2014

          By: /s/ Peter A. Halprin
             Finley T. Harckham, Esq.
             Peter A. Halprin, Esq.
             Bruce E. Strong, Esq.
             ANDERSON KILL P.C.
             1251 Avenue of the Americas
             New York, NY 10020
             Telephone: 212-278-1000
             Facsimile: 212-278-1733

             *Attorneys for Plaintiffs*