UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| 220 COSTER, LLC and B&M LINEN CORP. d/b/a MIRON & SONS LINEN, Plaintiffs, vs. MASSACHUSETTS BAY INSURANCE COMPANY, Defendant. | Case No. 1:14-cv-07027-AJN  **NOTICE OF APPEARNCE** |
|---|---|

To The Clerk of the District Court:

    Kindly enter my appearance as counsel in this case for Plaintiffs 220 Coster LLC and B&M Linen Corp.

    I certify that I am admitted to practice in this court.

November 5, 2014

By: /s/ Finley T. Harckham
Finley T. Harckham, Esq.
Peter A. Halprin, Esq.
Bruce E. Strong, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
Facsimile: 212-278-1733

*Attorneys for Plaintiffs*