UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| 220 COSTER, LLC and B&M LINEN CORP. d/b/a MIRON & SONS LINEN,<br><br>               Plaintiffs,<br><br>               vs.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>               Defendant. | Case No. 1:14-cv-07027-AJN<br><br>**AFFIRMATION OF SERVICE** |

**Bruce E. Strong**, an attorney duly admitted to practice before the Courts of the State of New York, affirms the truth of the following:

I am over 18 years of age and I am not a party to this lawsuit. I am employed by the firm of Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020.

On November 5, 2014, I caused a copy of the Complaint, dated November 5, 2014, and attached exhibits to be served by first class mail on John P. Malloy, Robinson+Cole LLP, 280 Trumbull Street, Hartford, CT 06103, counsel for Defendant.

Dated: November 5, 2014

                                                     Bruce E. Strong