# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX:  212-278-1733
www.andersonkill.com

Peter A. Halprin, Esq.
Phalprin@andersonkill.com
212-278-1165

November 10, 2014

***Via ECF***

The Honorable Judge Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 906
New York, NY 10007

Re:   *220 Coster, LLC and B&M Linen Corp. d/b/a Miron & Sons Linen v.*
      *Massachusetts Bay Insurance Co.* 14-cv-7027 (AJN)

Dear Judge Nathan:

We represent Plaintiffs 220 Coster, LLC and B&M Linen Corp. in the above-referenced action.  We write with the consent of and on behalf of all parties in this action to request an adjournment of the initial pretrial conference currently scheduled for Friday, November 14, 2014 to one of the following times: Friday, December 12th, December 19th, or January 9th.  This is the parties' first request for an adjournment in this case.  The parties seek this adjournment as Anderson Kill was recently retained by the Plaintiffs and the parties are exploring settlement.  We hope to have a further update on settlement discussions in advance of the rescheduled conference, and will inform the Court of any further developments.

Thank you for your consideration of this request.

*So ordered for December 12, 2014 at 10:45 a.m. No further adjournments*

Respectfully submitted,

/s/ Peter A. Halprin
Peter A. Halprin, Esq.

cc:  John P. Malloy, Esq. (by email)

SO ORDERED:  11/10/14

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

nydocs1-1040279.2