UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 220 COSTER, LLC and B&M LINEN CORP. d/b/a MIRON & SONS LINEN,<br><br>                 Plaintiffs,<br><br>       vs.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>                 Defendant. | Case No. 1:14-cv-07027-AJN<br><br>**NOTICE OF APPEARNCE** |

To The Clerk of the District Court:

    Kindly enter my appearance as counsel in this case for Plaintiffs 220 Coster LLC and B&M Linen Corp.

    I certify that I am admitted to practice in this court.

November 5, 2014

                          By:  /s/ Bruce E. Strong
                                   Finley T. Harckham, Esq.
                                   Peter A. Halprin, Esq.
                                   Bruce E. Strong, Esq.
                               ANDERSON KILL P.C.
                               1251 Avenue of the Americas
                               New York, NY 10020
                               Telephone: 212-278-1000
                               Facsimile: 212-278-1733

                               *Attorneys for Plaintiffs*