USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 9 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

220 Coster, LLC, *et al.*,

                     Plaintiffs,

       -v-

Massachusetts Bay Insurance Company,

                     Defendant.
-------------------------------------------------------------------X

14 Civ. 07027 (AJN)

SCHEDULING ORDER

ALISON J. NATHAN, District Judge:

      The Court-approved Civil Case Management Plan and Scheduling Order entered on ECF as Dkt. No. 16 did not include a Case Management Conference date.

      A Case Management Conference is hereby scheduled for April 24, 2015 at 10:15 a.m.

SO ORDERED.

Dated: December 19, 2014
           New York, New York

_____
ALISON J. NATHAN
United States District Judge