Finley T. Harckham, Esq.
fharckham@andersonkill.com
Peter A. Halprin, Esq.
phalprin@andersonkill.com
Bruce E. Strong, Esq.
bstrong@andersonkill.com
ANDERSON KILL, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 220 COSTER, LLC and B&M LINEN CORP. d/b/a MIRON & SONS LINEN,<br><br>Plaintiffs,<br><br>vs.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>Defendant. | Index No. 1:14-cv-07027-AJN<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Peter A. Halprin, Esq., sworn to on January 12, 2015, and upon the exhibit attached thereto, the accompanying Memorandum of Law in support of this Motion, and the pleadings herein, Plaintiffs 220 Coster, LLC and B&M Linen Corp. will move this Court before the Honorable Alison J. Nathan, United States District Judge, for an order pursuant to Fed. R. Civ. P. 15(a) granting Plaintiffs leave to file their proposed First Amended Complaint (annexed to the Declaration of Peter A. Halprin), and granting such other and further relief as the Court deems just and proper.

Dated: January 12, 2015  **ANDERSON KILL, P.C**
New York, New York

By: /s/ Peter A. Halprin
Finley T. Harckham, Esq.
Peter A. Halprin, Esq.
Bruce E. Strong, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

*Attorneys for Plaintiff*