```
USDC SD...
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 0 5 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

220 Coster LLC, *et al.*,

           Plaintiffs,

—v—

Massachusetts Bay Insurance Company,

           Defendant.

14-cv-7027 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiffs in the above-captioned action have moved for leave to file a first amended complaint. *See* Dkt. No. 18. Defendant has filed a memorandum of law in opposition to the motion. *See* Dkt. No. 21. Because Defendant does not contend that the entirety of the amended complaint would be futile, Plaintiffs' motion for leave to amend is GRANTED, without prejudice to Defendant's ability to file a motion to dismiss under Rule 12 to any or all of the amended complaint, and incorporating any of the arguments made in Defendant's opposition to leave to amend.

    SO ORDERED.

Dated: March 5, 2015
         New York, New York

                                               _____
                                               ALISON J. NATHAN
                                               United States District Judge