# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Peter A. Halprin, Esq.
Phalprin@andersonkill.com
212-278-1165

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 24 2015

March 24, 2015

SO ORDERED: 3/24/15

**Via ECF**

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

The Honorable Judge Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 906
New York, NY 10007

Re:   *220 Coster, LLC and B&M Linen Corp. d/b/a Miron & Sons Linen v. Massachusetts Bay Insurance Co.* 14-cv-7027 (AJN)

Dear Judge Nathan:

We represent Plaintiffs 220 Coster, LLC and B&M Linen Corp. in the above-referenced action. We write, with the consent of the Defendant, to request an adjournment of the case management conference currently scheduled for Friday, April 24, 2015, to one of the following dates: Monday, May 4; Tuesday, May 5; or Monday, May 18. This is the parties' second request for an adjournment in this case, and first for this particular conference. Their prior request, which your Honor granted, was for an adjournment of the initial pretrial conference from November 14, 2014, to December 12, 2014. The parties seek this adjournment because Plaintiffs' trial counsel will be out of the country on April 24, 2015, and thus unable to appear. No case deadlines would be affected.

Thank you for your consideration of this request.

The conference set for April 24, 2015 is ADJOURNED. A conference will now be set for May 8, 2015 at 11 a.m.

SO ORDERED.

Respectfully submitted,

/s/ Peter A. Halprin
Peter A. Halprin, Esq.

cc:   John P. Malloy, Esq.

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Dallas, TX

nydocs1-1046818.1