USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 3 1 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

220 Coster, LLC, *et al.*,

           Plaintiffs,

–v–

Massachusetts Bay Insurance Co.,

           Defendant.

14-cv-7027 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiffs' motion to for an informal conference to discuss a motion to compel the deposition of James L. Hennessey, Dkt. No. 28, Defendant's motion for a thirty-day extension of discovery deadlines, Dkt. No. 29, and Plaintiffs' and Defendant's reply letters, Dkt. Nos. 30 & 31. Upon consideration of these letters, it is ORDERED that:

1. Defendant's motion for a 30-day extension of discovery deadlines is GRANTED. Fact discovery shall be completed by May 10, 2015, and expert discovery shall be completed by June 25, 2015. There will be no further extensions.

2. The conference scheduled for May 8, 2015 is hereby ADJOURNED. A conference will now be set for May 15, 2015 at 11 a.m.

3. Defendant shall schedule Mr. Hennessey's deposition to occur as soon as possible. Defendant shall file a letter no later than April 3, 2015 informing the Court of the date for which the deposition is scheduled.

4. The parties are hereby put on notice that failure to comply diligently and faithfully with this schedule may result in sanctions.

5. Plaintiffs' request for a conference is denied as moot.

This resolves Dockets Nos. 28, 29, and 30.

SO ORDERED.

Dated: Mar. 30, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge