# Robinson+Cole

JOHN P. MALLOY

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jmalloy@rc.com
Direct (860) 275-8337

*Via ECF*

April 3, 2015

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *220 Coster, LLC, et. al v. Massachusetts Bay Ins. Co.*,
**Docket No. 14-cv-7027 (AJN)**

Dear Judge Nathan:

I write to advise the Court that the parties have scheduled Mr. Hennessey's deposition for May 8, 2015.

Thank you for the Court's assistance with this matter.

Respectfully,

*/s/ John P. Malloy*

John P. Malloy

Copy to:   All Counsel of Record (via ECF only)