# Robinson+Cole

JOHN P. MALLOY

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jmalloy@rc.com
Direct (860) 275-8337

*Via ECF*

April 3, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 0 7 2015

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *220 Coster, LLC, et. al v. Massachusetts Bay Ins. Co.,*
     **Docket No. 14-cv-7027 (AJN)**

Dear Judge Nathan:

I write to advise the Court that the parties have scheduled Mr. Hennessey's deposition for May 8, 2015.

Thank you for the Court's assistance with this matter.

*So ordered.*

Respectfully,

*/s/ John P. Malloy*

John P. Malloy

SO ORDERED:   4/6/15

Copy to:   All Counsel of Record (via ECF only)

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

---

Boston | Hartford | New York | Providence | Stamford | Albany | Los Angeles | New London | Sarasota | rc.com

Robinson & Cole LLP