UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

220 Coster LLC, *et al.*,

                Plaintiffs,

        –v–

Massachusetts Bay Insurance Co.,

                Defendant.

---

14-cv-7027 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to the Civil Case Management Plan and Scheduling Order ("CMP") in the above-captioned matter, as modified by the Court's order of March 30, 2015, *see* Dkt. No. 32, fact discovery is scheduled to close on May 8, 2015, with a post-discovery status conference scheduled for May 15, 2015. In light of those deadlines, it is hereby ORDERED that by May 8, 2015, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: May 5, 2015
         New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge