# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

**By ECF**

May 8, 2015

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:   *220 Coster, LLC et al v. Massachusetts Bay Insurance Company*
            Case No.: 14-cv-07027-AJN

Dear Judge Nathan,

    We represent Plaintiffs 220 Coster, LLC and B & M Linen Corp. d/b/a Miron & Sons Linen in the above-referenced action. We write, with the consent of and on behalf of the parties in this action, and in response to Your Honor's Orders dated May 5, 2015 [ECF Docket Nos. 35 & 36].

    The parties have reached a settlement in principle and are currently working on drafting the settlement agreement. Accordingly, the parties request an adjournment of the status conference, currently scheduled for May 15, 2015 at 11:00 a.m. to one of the following dates: Friday, June 12; Friday, June 19; or Friday, June 26. This is the parties' third request for an adjournment in this case, and second for this particular conference. Your Honor granted each of the previous requests for an adjournment.

    Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  /s/ Peter A. Halprin

                                  Peter A. Halprin
                                  ANDERSON KILL, P.C.
                                  1251 Avenue of the Americas
                                  New York, New York 10020
                                  *Attorneys for Plaintiff*

cc:     John P. Malloy, Esq. (via ECF)