# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Peter A. Halprin, Esq.
Phalprin@andersonkill.com
212-278-1165

*Via ECF*                                                                                       June 19, 2015

The Honorable Judge Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

      Re:   *220 Coster, LLC et al v. Massachusetts Bay Insurance Co.*
           Case No. 14-cv-07027 (AJN)

Dear Judge Nathan:

      We represent Plaintiffs 220 Coster, LLC and B&M Linen Corp. in the above-referenced action. We write, with the consent of and on behalf of the parties in this action, regarding Your Honor's June 5, 2015 Order. [ECF Docket No. 40.]

      On May 8, 2015, counsel for the parties wrote to the Court to request an adjournment of a status conference scheduled for May 15, 2015. [ECF Docket No. 37.] The parties sought an adjournment because they had reached a settlement in principle and were working on drafting the settlement agreement. That same day, Your Honor issued an Order discontinuing the action without prejudice. [ECF Docket No. 38]. The Order provided for "restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days." [*Id*.] The Order also adjourned all scheduled conferences *sine die*. [*Id*.] On June 5, 2015, the parties sought a two week adjournment of the date to restore the action without prejudice. [ECF Docket No. 39]. Your Honor granted the request. [ECF Docket No. 40.]

      As of today, the parties have executed a written settlement agreement. However, the parties need additional time—approximately two weeks—to fulfill their obligations under the agreement. Accordingly, the parties respectfully request an adjournment of the date to restore the action without prejudice until Wednesday, July 8, 2015 or such other and further date as the Court deems appropriate.

**Anderson Kill P.C.**

Hon. Judge Nathan
June 19, 2015
Page 2

    Thank you for your consideration of this request.

            Respectfully submitted,

            <u>/s/ Peter A. Halprin</u>

            Peter A. Halprin, Esq.

cc: John P. Malloy, Esq. (via ECF)